**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **In the matter of:** | **Case No.:** 05-30842-dof |
| James Horn, Sr. | **Chapter 13 Proceedings** |
| **Debtor(s).** | **Judge Daniel Opperman** |
| _____/ | |

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

     The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Ford Motor Credit Co | Paid Per Plan | 1 | Secured | 700921 | $798.37 |

Dated: February 3, 2010

                                                  /s/Carl L. Bekofske
                                               Carl L. Bekofske,
                                               Standing Chapter 13 Trustee
                                               510 W. Court Street
                                               Flint, MI 48503
                                               Telephone: (810) 238-4675
                                               Fax: (810) 238-4712
                                               Email: ECF@flint13.com
                                               P10645